IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RODNEY SMITH**
***Reg #02271-089*** **PETITIONER**

**V.** **CASE NO. 2:25-cv-00216-BSM-JTK**

**HUMPHREY** **RESPONDENT**

# RECOMMENDED DISPOSITION

## I. Procedure for Filing Objections:

This Recommendation for dismissal has been sent to Judge Brian S. Miller. Any party to this suit may file objections if they disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.

## II. Discussion:

Petitioner Rodney Smith filed this petition for writ of habeas corpus on November 3, 2025. (Doc. No. 1) However, he did not pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* (IFP). On November 20, 2025, he was ordered to file a motion to proceed IFP or pay the $5.00 filing fee within 30 days. (Doc. No. 2) That Order also warned Mr. Smith that his failure to comply would result in the recommended dismissal of his petition. More than 30 days have passed, and Mr. Smith has not paid the filing fee or otherwise responded to the Order. Under these circumstances, the Court concludes that the petition should be dismissed without prejudice for

failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's Order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

**IV. <u>Conclusion</u>:**

The Court recommends that Judge Miller DENY and DISMISS Mr. Smith's petition for writ of habeas corpus (Doc. No. 1), without prejudice.

DATED this 29th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE