**EIN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RODNEY SMITH** **PETITIONER**
Reg #02271-089

**v.** **CASE NO. 2:25-CV-00216-BSM**

**HUMPHREY** **RESPONDENT**

**ORDER**

Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. Rodney Smith's petition for a writ of habeas corpus is dismissed without prejudice and his case is closed.

IT IS SO ORDERED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE