**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**RODNEY SMITH** **PETITIONER**
Reg #02271-089

**v.** **CASE NO. 2:25-CV-00216-BSM**

**HUMPHREY** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of August, 2026.

UNITED STATES DISTRICT JUDGE